IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

CARIBBEAN UTILITIES COMPANY, LTD.                              PLAINTIFF

VS.                                              CIVIL ACTION NO. 2:17-CV-179-KS-MTP

HOWARD INDUSTRIES, INC.                                         DEFENDANT

## ORDER

The Pretrial/Settlement Conference that began November 14, 2019, at 9:00 a.m. continued to 5:00 p.m. and recessed to continue at 9:00 a.m. December 4, 2019, in Courtroom 1, Colmer Federal Building, 701 N. Main Street, Hattiesburg, Mississippi. The parties are reminded that the Pretrial Conference Notice **requires** representatives of all parties with complete settlement authority to be personally present at the conference.

Insurance carriers with potential coverage are included as necessary parties and a representative of each insurer with full settlement authority shall attend the continuation of this conference.

SO ORDERED this the ___15th___ day of November, 2019.

  _____s/Keith Starrett_____
  UNITED STATES DISTRICT JUDGE